STATE OF CONNECTICUT *v.* JORGE RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 284, is denied.

*Michael R. Sheldon,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided November 30, 1988

STATE OF CONNECTICUT *v.* EDWARD L. ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 346, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided November 30, 1988

CELIA YARBROUGH *v.* GEORGE DEMIRJIAN

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 1, is denied.

*Alfred J. Onorato,* in support of the petition.

*Jean M. D'Aquila,* in opposition.

Decided November 30, 1988

STATE OF CONNECTICUT *v.* MIGUEL A. ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 102, is denied.

*Nicholas P. Cardwell,* in support of the petition.

Decided December 6, 1988